## FRAME A. WOODS v. WYLIE & EGANA et al.

On the dissolution of an injunction staying the execution of a judgment bearing 8 per cent., 20 per cent. damages may be allowed. But a further allowance of 8 per cent. interest, would be giving 16 per cent. interest, which is illegal.

APPEAL from the Sixth District Court, Parish of West Baton Rouge, *Robertson, J. Elam & Herron,* for plaintiff and appellant. *Le Gardeur,* for defendant.

DUNBAR, J. The plaintiff sued out an injunction against an execution in <span style="float:right">WOODS<br>*v.*<br>WYLIE & EGAÑA.</span> favor of the defendant which had been levied on his property. The District Judge dissolved the injunction and further decreed that *Wylie & Egaña* recover of *Frame A. Woods* and his surety on the injunction bond eight per cent. interest and twenty per cent. damages on the amount of the judgment, the execution of which had been enjoined. Upon referring to this judgment, we find that it also bears eight per cent. interest, which would give together, to *Wylie & Egaña*, sixteen per cent. interest on the judgment and execution enjoined, besides the twenty per cent. damages. Under our laws at present the rate of interest cannot exceed eight per cent. The District Judge therefore erred in awarding any interest in addition to what the judgment enjoined bears. *Aillet* v. *Henry*, 2 Ann, 146. We think, however, that there was no ground whatever for the injunction and that it was properly dissolved. It is, therefore, ordered, that the judgment of the District Court be avoided and reversed, so far as it allows eight per cent. interest on the judgment enjoined and in all other respects affirmed. The defendants to pay the costs of this appeal.